# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| DEAN MAYNARD BOLAND, | ) | CASE NO. 16-10250-jps |
| | ) | |
| Debtor | ) | U.S. BANKRUPTCY JUDGE |
| | ) | JESSICA E. PRICE SMITH |

## CERTIFICATE OF COMPLETION OF COURSE
## ON CREDIT COUNSELING

Now comes the Debtor, Dean Maynard Boland, by and through his counsel, and hereby submits the attached as his Certificate of Completion of a Course on Credit Counseling as required by 11 U.S.C. §521(b).

/s/ Stephen D. Hobt
_____
STEPHEN D. HOBT
(Ohio Bar Registration No. 0007681)
Attorney for Debtor
1370 Ontario Street, Suite 450
Cleveland, Ohio 44113-1744
(216) 771-4949
(216) 771-5353 (facsimile)
Email address: shobt@aol.com