# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| DEAN MAYNARD BOLAND, | ) | CASE NO. 16-10250-jps |
| | ) | |
| Debtor | ) | U.S. BANKRUPTCY JUDGE |
| | ) | JESSICA E. PRICE SMITH |

## PAYMENT ADVICES OF DEBTOR

Now comes the Debtor, Dean Maynard Boland, by and through his counsel, and hereby states that for a period greater than the last 60 days prior to the filing of the petition herein his only income was from his self employment through Boland Legal, LLC and rental income and that he did not receive any paychecks from any employer within the last sixty (60) days prior to the filing of the petition herein. Pursuant to the provisions of Section 521(a)(1)(B)(iv) of the Bankruptcy Code, no payment advices are submitted herewith.

/s/ Stephen D. Hobt

_____
STEPHEN D. HOBT
(Ohio Bar Registration No. 0007681)
Attorney for Debtor
1370 Ontario Street, Suite 450
Cleveland, Ohio 44113-1744
(216) 771-4949
(216) 771-5353 (facsimile)
Email address: shobt@aol.com