```
                              United States Bankruptcy Court
                                Northern District of Ohio
In re:                                                              Case No. 16-10250-jps
Dean Maynard Boland                                                 Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0647-1      User: admin           Page 1 of 1         Date Rcvd: Jan 22, 2016
                          Form ID: 309A         Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2016.
```
db           +Dean Maynard Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
24126632     +Amanda Patterson,    1176 Columbia Purvis Road,    Columbia, MS 39429-7216
24126628     +Bernadette Marshall, Esq.,    Marshall Law Firm Ltd.,    1265 West 6th Street, Suite 400,
               Cleveland, OH 44113-1347
24126623      Charter One Bank,    One Citizens Drive,    Riverside, RI 02915-3000
24126622     +Charter One Bank,    P.O. Box 7000,    Providence, RI 02940-7000
24126624     +Jane Doe,    c/o Peter Lora,    15717 Clifton Boulevard,    Lakewood, OH 44107-2446
24126633     +Jane Roe,    c/o Victoria Bloom,    10217 Unity Avenue,    Cleveland, OH 44111-1269
24126626      John W. Forrest,    Inmate Number P47402,    Santa Rosa Correctional Facility,
               5850 East Milton Road,    Milton, FL 32583-7914
24126634     +Jonathan E. Rosenbaum, Esq.,    230 Third Street, Suite 101,    Elyria, OH 44035-5649
24126618     +Lisa A. Boland,    14604 Garfield Avenue,    Lakewood, OH 44107-5927
24126620     +Nichole Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
24126631      Ohio Department of Taxation,    Attn: Bankruptcy Division,    P.O. Box 530,
               Columbus, OH 43216-0530
24126630     +Patrick M. O'Connor, Esq.,    O'Connor Law Firm,    2240 Belleair Road, Suite 115,
               Clearwater, FL 33764-2768
24126627     +Peter Lora,    17506 Neff Road,    Cleveland, OH 44119-1968
24126635     +Robert A. Schuerger, Esq.,    81 South Fifth Street, Suite 400,    Columbus, OH 43215-4323
24126636     +U.S. Bank Home Mortgage,    P.O. Box 21948,    Eagan, MN 55121-0948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: shobt@aol.com Jan 22 2016 21:16:34     Stephen D. Hobt,   1370 Ontario Street,
               Suite 450,    Cleveland, OH  44113-1744
tr            EDI: QRABAUMGART.COM Jan 22 2016 21:03:00      Richard A. Baumgart,   Ohio Savings Bank,
               1801 East 9th Street,    #1100,   Cleveland, OH  44114-3169
ust          +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jan 22 2016 21:17:03     Cynthia J. Thayer,
               US Department of Justice,    201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
24126621      EDI: CAPITALONE.COM Jan 22 2016 21:03:00      Capital One Bank,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
24126625      E-mail/Text: cashiering-administrationservices@flagstar.com Jan 22 2016 21:18:49
               Flagstar Bank FSB,    5151 Corporate Drive,   Mail Stop E115-3,    Troy, MI 48098-2639
24126629     +EDI: WFFC.COM Jan 22 2016 21:03:00      Mattress Firm,    P.O. Box 14517,
               Des Moines, IA 50306-3517
24126637      EDI: WFNNB.COM Jan 22 2016 21:03:00      WFNNB,   Bankruptcy Department,    P.O. Box 182125,
               Columbus, OH 43218-2125
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24126619*    +Lisa A. Boland,    14604 Garfield Avenue,    Lakewood, OH 44107-5927
                                                                                    TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2016 at the address(es) listed below:
              Richard A. Baumgart    baumgart_trustee@dsb-law.com, rbaumgart@ecf.epiqsystems.com
              Stephen D. Hobt    on behalf of Debtor Dean Maynard Boland shobt@aol.com
                                                                                             TOTAL: 2
```

| | | **Information to identify the case:** | | Social Security number or ITIN | xxx–xx–6488 |
|---|---|---|---|---|---|
| Debtor 1 | | **Dean Maynard Boland** | | EIN | _ _–_ _ _ _ _ _ _ |
| | | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | **Northern District of Ohio** | | Date case filed for chapter 7 | 1/20/16 |
| Case number: | | **16–10250–jps** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Dean Maynard Boland | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1440 Lewis Drive<br>Lakewood, OH 44107 | |
| 4. | **Debtor's attorney**<br>Name and address | Stephen D. Hobt<br>1370 Ontario Street<br>Suite 450<br>Cleveland, OH 44113–1744 | Contact phone (216) 771–4949<br><br>Email: shobt@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard A. Baumgart<br>Ohio Savings Bank<br>1801 East 9th Street<br>#1100<br>Cleveland, OH 44114–3169 | Contact phone (216) 696–6000<br><br>Email: baumgart_trustee@dsb–law.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

| 6. **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open 9:00 AM – 4:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114–1235 | Contact phone 216–615–4300 Date: 1/22/16 |
| 7. **Meeting of creditors** | **February 29, 2016 at 09:30 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Valid photo identification required *** *** Proof of Social Security Number required *** | **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/29/16** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                 page **2**

16-10250-jps    Doc 6    FILED 01/24/16    ENTERED 01/25/16 00:18:16    Page 3 of 3