## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 16-10250 |
| DEAN MAYNARD BOLAND, | ) |
| | ) Chapter 7 |
| Debtor, | ) |
| | ) Judge Jessica Price-Smith |

### DECLARATION IN SUPPORT OF MOTION OF DOV Y. FRANKEL FOR THE ENTRY OF AN ORDER AUTHORIZING PATRICK M. O'CONNOR TO APPEAR *PRO HAC VICE*

I, Patrick M. O'Connor, under penalty of perjury, make the following declaration in support of the *Motion of Dov Y. Frankel for the Entry of an Order Authorizing Patrick M. O'Connor to Appear Pro Hac Vice* (the "Motion"), and declare as follows:

1.     I am an attorney at the O'Connor Law Firm, and my contact information is as follows:

O'Connor Law Firm
2240 Belleair Road
Suite 115
Clearwater, Florida 3374
Telephone:  (727) 539-6800
Facsimile: (727) 536-5936
E-Mail: martha@yourpersonalattorney.com.

2.     I am a member in good standing of the Bar of the State of Florida and admitted to practice before the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida and the United States Tax Court.  I understand that, pursuant to Local Bankruptcy Rule 2090-1(b), I am subject to the disciplinary processes of this Court.

3.     I am familiar with and will comply with the Bankruptcy Code (11 U.S.C. §§ 101 *et seq.*), the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules.

15355754.1

EXHIBIT

tabbies

A

4.    I respectfully request that this Court enter an order admitting me *pro hac vice* to appear before this Court in all matters pertaining to this case.

Respectfully submitted,

_____
Patrick M. O'Connor, Esq.

15355754.1