IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case No. 16-10250 |
| | ) | |
| Dean Maynard Boland | ) | Bankruptcy Judge Jessica Price Smith |
| | ) | |
| Debtor | ) | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that the undersigned is counsel to Victoria Bloom and Peter Lora, individually and in their respective capacities as guardians of the estates of Jane Rowe and Jane Doe. The undersigned requests that all notices given or required to be given in this case, and all papers or served to required to be served, including without limitation, all orders, applications, motions, pleadings, plans, complaints or other documents filed be served upon them at the following addresses:

Sheldon Stein (0007292)
S. Stein Company LLC
50 Public Square, Ste. 400
Post Office Box 5606
Cleveland, OH 44101
(216) 696-7449
(216) 696-5329 (Fax)
ssteindocs@gmail.com

Jonathan E. Rosenbaum (0021698)
230 Third Street, Ste. 101
Elyria, OH 44035
(440) 322-7972
jerosenbaum@windstream.net

/s/ Sheldon Stein
Sheldon Stein (0007292)
S. Stein Company LLC
50 Public Square, Ste. 400
P.O. Box 5606
Cleveland, OH 44101
(216) 696-7449
(216) 696-5329 (Fax)
ssteindocs@gmail.com

Certificate of Service

I certify that on February 12, 2016, a true and exact copy of this document was served:

Via the Courts Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

| | |
|---|---|
| Richard A. Baumgart | baumgart_trustee@dsb-law.com |
| Dov Frankel | dfrankel@taftlaw.com |
| Stephen D. Hobt | shobt@aol.com |

/s/ Sheldon Stein
Sheldon Stein

2

16-10250-jps    Doc 9    FILED 02/12/16    ENTERED 02/12/16 16:16:34    Page 2 of 2