Dated: 25 February 2016  08:48 AM

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 11-02, KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ Michael Gaughan
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DEAN MAYNARD BOLAND, | : | Case No. 16-10250 |
| | : | |
| Debtor. | : | Judge Jessica Price Smith |

**ORDER GRANTING MOTION FOR ORDER DIRECTING EXAMINATION OF DEBTOR DEAN MAYNARD BOLAND PURSUANT TO BANKRUPTCY RULE 2004 AND ORDERING THE PRODUCTION OF CERTAIN DOCUMENTS IN CONNECTION THEREWITH**

This matter came before the Court on the motion ("Motion") of John W. Forrest ("Mr. Forrest"), for entry of an order, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the examination of Dean Maynard Boland (the "Debtor") This Court finds that good cause exists for granting the Motion. As such, it is hereby

ORDERED, ADJUDGED and DECREED that Mr. Forrest be and hereby is granted permission to conduct an oral examination of the Debtor pursuant to Bankruptcy Rule 2004; and

IT IS FURTHER ORDERED that the aforementioned examination shall take place on February 29, 2016 at 1:30 p.m., at the offices of Mr. Forrest's counsel: Taft Stettinius & Hollister LLP, 200 Public Square, Suite 3500, Cleveland, Ohio 44114, and continue day to day until

1

completed. Further, the Debtor shall produce of the documents listed on Exhibit A to the Motion at the Cleveland office of Taft Stettinius & Hollister LLP, 200 Public Square, Suite 3500, Cleveland, Ohio 441114, on or before February 29, 2016.

###

SUBMITTED BY:

*/s/ Dov Y. Frankel*
DOV Y. FRANKEL (0077562)
dfrankel@taftlaw.com
Taft, Stettinius & Hollister LLP
200 Public Square
Suite 3500
Cleveland, Ohio 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
*Attorneys for John W. Forrest*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Order Granting Motion for Rule 2004 Examination was served this ___ day of February, 2016:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Stephen D. Hobt, on behalf of the Debtor., at shobt@aol.com
- Richard A. Baumgart, Chapter 7 Trustee, at baumgart_trustee@dsb-law.com
- Sheldon Stein, on behalf of Victoria Bloom and Peter Lora, at ssteindocs@gmail.com
- United States Trustee (Registered address)@usdoj.gov

*Clerk*

15502302.1

3

16-10250-jps    Doc 12    FILED 02/25/16    ENTERED 02/25/16 08:48:53    Page 3 of 3