```
                    United States Bankruptcy Court
                       Northern District of Ohio
```

In re:                                          Case No. 16-10250-jps
Dean Maynard Boland                             Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0647-1        User: mgaug          Page 1 of 1        Date Rcvd: Feb 25, 2016
                            Form ID: pdf801      Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2016.
db          +Dean Maynard Boland,   1440 Lewis Drive,   Lakewood, OH 44107-4826
aty         +Martha D. Bolton,   2240 Belleair Road,   Suite 115,   Clearwater, fl 33764-2768
aty         +Patrick M. O'Connor,   O'Connor Law Firm,   2240 Belleair Road,   Suite 115,
             Clearwater, fl 33764-2768
cr          +John W Forrest,   200 Public Square, Suite 3500,   Cleveland, Oh 44114-2317
cr          +Peter M. Lora,   c/o Sheldon Stein,   50 Public Square,   Cleveland, OH 44113-2202
cr          +Sheldon Stein,   S. Stein Company LLC,   50 Public Square, Ste. 400,   PO Box 5606,
             Cleveland, OH 44101-0606
cr          +Victoria Bloom,   c/o Sheldon Stein,   50 Public Square,   #400,   Cleveland, OH 44113-2203
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
              Dov  Frankel   on behalf of Attorney Martha D. Bolton dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov  Frankel   on behalf of Creditor John W Forrest dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov  Frankel   on behalf of Attorney Patrick M. O'Connor dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Jonathan E. Rosenbaum   on behalf of Creditor Victoria  Bloom jerosenbaum@windstream.net
              Jonathan E. Rosenbaum   on behalf of Creditor Peter M. Lora jerosenbaum@windstream.net
              Richard A. Baumgart   baumgart_trustee@dsb-law.com,  rbaumgart@ecf.epiqsystems.com
              Sheldon  Stein   on behalf of Creditor Sheldon  Stein ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
              Sheldon  Stein   on behalf of Creditor Peter M. Lora ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
              Sheldon  Stein   on behalf of Creditor Victoria  Bloom ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
              Stephen D. Hobt   on behalf of Debtor Dean Maynard Boland shobt@aol.com
                                                                            TOTAL: 10
```

Dated: 25 February 2016 08:48 AM

ENTERED PURSUANT TO ADMINISTRATIVE
ORDER NO. 11-02, KENNETH J. HIRZ,
CLERK OF BANKRUPTCY COURT
BY: /s/ Michael Gaughan
**Deputy Clerk**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DEAN MAYNARD BOLAND, | : | Case No. 16-10250 |
| | : | |
| Debtor. | : | Judge Jessica Price Smith |

## ORDER GRANTING MOTION FOR ORDER DIRECTING EXAMINATION OF DEBTOR DEAN MAYNARD BOLAND PURSUANT TO BANKRUPTCY RULE 2004 AND ORDERING THE PRODUCTION OF CERTAIN DOCUMENTS IN CONNECTION THEREWITH

This matter came before the Court on the motion ("Motion") of John W. Forrest ("Mr. Forrest"), for entry of an order, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the examination of Dean Maynard Boland (the "Debtor") This Court finds that good cause exists for granting the Motion. As such, it is hereby

ORDERED, ADJUDGED and DECREED that Mr. Forrest be and hereby is granted permission to conduct an oral examination of the Debtor pursuant to Bankruptcy Rule 2004; and

IT IS FURTHER ORDERED that the aforementioned examination shall take place on February 29, 2016 at 1:30 p.m., at the offices of Mr. Forrest's counsel: Taft Stettinius & Hollister LLP, 200 Public Square, Suite 3500, Cleveland, Ohio 44114, and continue day to day until

1

completed.  Further, the Debtor shall produce of the documents listed on Exhibit A to the Motion at the Cleveland office of Taft Stettinius & Hollister LLP, 200 Public Square, Suite 3500, Cleveland, Ohio 441114, on or before February 29, 2016.

###

SUBMITTED BY:

*/s/ Dov Y. Frankel*
DOV Y. FRANKEL (0077562)
dfrankel@taftlaw.com
Taft, Stettinius & Hollister LLP
200 Public Square
Suite 3500
Cleveland, Ohio  44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
*Attorneys for John W. Forrest*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Order Granting Motion for Rule 2004 Examination was served this ___ day of February, 2016:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Stephen D. Hobt, on behalf of the Debtor., at shobt@aol.com

- Richard A. Baumgart, Chapter 7 Trustee, at baumgart_trustee@dsb-law.com

- Sheldon Stein, on behalf of Victoria Bloom and Peter Lora, at ssteindocs@gmail.com

- United States Trustee (Registered address)@usdoj.gov

*Clerk*

15502302.1