Certificate Number: 11760-OHN-DE-027034415

Bankruptcy Case Number: 16-10250


11760-OHN-DE-027034415

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 29, 2016, at 11:21 o'clock PM PST, Dean Boland completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: February 29, 2016

By: /s/Jennifer L Walter

Name: Jennifer L Walter

Title: Teacher