IT IS SO ORDERED.

Dated: 2 March, 2016 12:07 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES
NORTHERN I
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 16-10250 |
| DEAN MAYNARD BOLAND, | ) |
| | ) Chapter 7 |
| Debtor, | ) |
| | ) Judge Jessica Price-Smith |

### ORDER GRANTING MOTION OF DOV Y. FRANKEL FOR THE ENTRY OF AN ORDER AUTHORIZING PATRICK M. O'CONNOR TO APPEAR *PRO HAC VICE*

Upon the *Motion of Dov Y. Frankel for the Entry of an Order Authorizing Patrick M. O'Connor to Appear Pro Hac Vice* (the "Motion"), filed by counsel for John W. Forrest, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be, and it is hereby GRANTED, and that Patrick M. O'Connor of the O'Connor Law Firm is permitted to practice before this Court in the above-captioned matter.

###

Dated: February 12, 2016

Respectfully submitted,

*/s/ Dov Y. Frankel*
Dov Y. Frankel (0077562)
dfrankel@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Tel: (216) 241-2838
Fax: (216) 241-3707

Attorneys for John W. Forrest

EXHIBIT B

15372834.1

## CERTIFICATE OF SERVICE

I certify that, on _____, 2016, copies of the foregoing document were served via the Court's CM/ECF system to the following parties listed on the Court's Electronic Mail Notice List:

Stephen D. Hobt, on behalf of the Debtor, at shobt@aol.com

Richard A. Baumgart, Chapter 7 Trustee, at baumgart_trustee@dsb-law.com

United States Trustee, on behalf of the United States Trustee at (Registered address)@usdoj.gov


/Clerk of the Court