```
United States Bankruptcy Court
Northern District of Ohio
```

In re:                                                                 Case No. 16-10250-jps
Dean Maynard Boland                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1          User: nbrow              Page 1 of 1              Date Rcvd: Mar 02, 2016
                              Form ID: pdf764          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2016.
```
db            +Dean Maynard Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
aty           +Martha D. Bolton,    2240 Belleair Road,    Suite 115,    Clearwater, fl 33764-2768
aty           +Patrick M. O'Connor,    O'Connor Law Firm,    2240 Belleair Road,    Suite 115,
                Clearwater, fl 33764-2768
cr            +John W Forrest,    200 Public Square, Suite 3500,    Cleveland, Oh 44114-2317
cr            +Peter M. Lora,    c/o Sheldon Stein,    50 Public Square,    Cleveland, OH 44113-2202
cr            +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Ste. 400,    PO Box 5606,
                Cleveland, OH 44101-0606
cr            +Victoria Bloom,    c/o Sheldon Stein,    50 Public Square,    #400,    Cleveland, OH 44113-2203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2016 at the address(es) listed below:
```
              Dov   Frankel    on behalf of Attorney Martha D. Bolton dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov   Frankel    on behalf of Creditor John W Forrest dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov   Frankel    on behalf of Attorney Patrick M. O'Connor dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Jonathan E. Rosenbaum    on behalf of Creditor Victoria  Bloom jerosenbaum@windstream.net
              Jonathan E. Rosenbaum    on behalf of Creditor Peter M. Lora jerosenbaum@windstream.net
              Richard A. Baumgart    baumgart_trustee@dsb-law.com, rbaumgart@ecf.epiqsystems.com
              Sheldon   Stein    on behalf of Creditor Sheldon  Stein ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
              Sheldon   Stein    on behalf of Creditor Peter M. Lora ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
              Sheldon   Stein    on behalf of Creditor Victoria  Bloom ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
              Stephen D. Hobt    on behalf of Debtor Dean Maynard Boland shobt@aol.com
                                                                                             TOTAL: 10
```

IT IS SO ORDERED.

Dated: 2 March, 2016 12:07 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES
NORTHERN 1
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 16-10250 |
| DEAN MAYNARD BOLAND, | ) |
| | ) Chapter 7 |
| Debtor, | ) |
| | ) Judge Jessica Price-Smith |

### ORDER GRANTING MOTION OF DOV Y. FRANKEL FOR THE ENTRY OF AN ORDER AUTHORIZING MARTHA D. BOLTON TO APPEAR *PRO HAC VICE*

Upon the *Motion of Dov Y. Frankel for the Entry of an Order Authorizing Martha D. Bolton to Appear Pro Hac Vice* (the "Motion"), filed by counsel for John W. Forrest, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be, and it is hereby GRANTED, and that Martha D. Bolton of the O'Connor Law Firm is permitted to practice before this Court in the above-captioned matter.

###

Dated: February 12, 2016

Respectfully submitted,

/s/ Dov Y. Frankel
Dov Y. Frankel (0077562)
dfrankel@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Tel: (216) 241-2838
Fax: (216) 241-3707

Attorneys for John W. Forrest

15372933.1



EXHIBIT B

## CERTIFICATE OF SERVICE

I certify that, on _____, 2016, copies of the foregoing document were served via the Court's CM/ECF system to the following parties listed on the Court's Electronic Mail Notice List:

Stephen D. Hobt, on behalf of the Debtor, at shobt@aol.com

Richard A. Baumgart, Chapter 7 Trustee, at baumgart_trustee@dsb-law.com

United States Trustee, on behalf of the United States Trustee at (Registered address)@usdoj.gov

/Clerk of the Court