```
                            United States Bankruptcy Court
                              Northern District of Ohio
In re:                                                          Case No. 16-10250-jps
Dean Maynard Boland                                             Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1          User: nbrow              Page 1 of 2          Date Rcvd: Mar 02, 2016
                              Form ID: pdf764          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2016.
db         +Dean Maynard Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
aty        +Martha D. Bolton,    2240 Belleair Road,    Suite 115,    Clearwater, fl 33764-2768
aty        +Patrick M. O'Connor,    O'Connor Law Firm,    2240 Belleair Road,    Suite 115,
             Clearwater, fl 33764-2768
cr         +John W Forrest,    200 Public Square, Suite 3500,    Cleveland, Oh 44114-2317
cr         +Peter M. Lora,    c/o Sheldon Stein,    50 Public Square,    Cleveland, OH 44113-2202
cr         +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Ste. 400,    PO Box 5606,
             Cleveland, OH 44101-0606
cr         +Victoria Bloom,    c/o Sheldon Stein,    50 Public Square,    #400,    Cleveland, OH 44113-2203
24126632   +Amanda Patterson,    1176 Columbia Purvis Road,    Columbia, MS 39429-7216
24126628   +Bernadette Marshall, Esq.,    Marshall Law Firm Ltd.,    1265 West 6th Street, Suite 400,
             Cleveland, OH 44113-1347
24126621    Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
24126623    Charter One Bank,    One Citizens Drive,    Riverside, RI 02915-3000
24126622   +Charter One Bank,    P.O. Box 7000,    Providence, RI 02940-7000
24126624   +Jane Doe,    c/o Peter Lora,    15717 Clifton Boulevard,    Lakewood, OH 44107-2446
24126633   +Jane Roe,    c/o Victoria Bloom,    10217 Unity Avenue,    Cleveland, OH 44111-1269
24126626    John W. Forrest,    Inmate Number P47402,    Santa Rosa Correctional Facility,
             5850 East Milton Road,    Milton, FL 32583-7914
24160805   +Jonathan E. Rosenbaum,    230 Third Street, Ste. 101,    Elyria, OH 44035-5649,    (440) 322-7972,
             jerosenbaum@windstream.com
24126634   +Jonathan E. Rosenbaum, Esq.,    230 Third Street, Suite 101,    Elyria, OH 44035-5649
24170453   +Jonathan Rosenbaum,    230 Third Street, Ste. 101,    Elyria, OH 44035-5649
24126618   +Lisa A. Boland,    14604 Garfield Avenue,    Lakewood, OH 44107-5927
24126629   +Mattress Firm,    P.O. Box 14517,    Des Moines, IA 50306-3517
24126620   +Nichole Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
24126631    Ohio Department of Taxation,    Attn: Bankruptcy Division,    P.O. Box 530,
             Columbus, OH 43216-0530
24126630   +Patrick M. O'Connor, Esq.,    O'Connor Law Firm,    2240 Belleair Road, Suite 115,
             Clearwater, FL 33764-2768
24126627   +Peter Lora,    17506 Neff Road,    Cleveland, OH 44119-1968
24126635   +Robert A. Schuerger, Esq.,    81 South Fifth Street, Suite 400,    Columbus, OH 43215-4323
24160804   +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Ste. 400,    Cleveland, OH 44113-2203,
             (216) 696-5329,    ssteindocs@gmail.com
24126636   +U.S. Bank Home Mortgage,    P.O. Box 21948,    Eagan, MN 55121-0948
24126637    WFNNB,    Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24126625       E-mail/Text: cashiering-administrationservices@flagstar.com Mar 02 2016 22:06:37
               Flagstar Bank FSB,    5151 Corporate Drive,    Mail Stop E115-3,    Troy, MI 48098-2639
24126631       E-mail/Text: Bankruptcy.notices@tax.state.oh.us Mar 02 2016 22:06:38
               Ohio Department of Taxation,    Attn: Bankruptcy Division,    P.O. Box 530,
               Columbus, OH 43216-0530
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24126619*     +Lisa A. Boland,    14604 Garfield Avenue,    Lakewood, OH 44107-5927
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0647-1          User: nbrow                 Page 2 of 2              Date Rcvd: Mar 02, 2016
                              Form ID: pdf764             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2016 at the address(es) listed below:
          Dov Frankel   on behalf of Attorney Martha D. Bolton dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Dov Frankel   on behalf of Creditor John W Forrest dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Dov Frankel   on behalf of Attorney Patrick M. O'Connor dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Jonathan E. Rosenbaum   on behalf of Creditor Peter M. Lora jerosenbaum@windstream.net
          Jonathan E. Rosenbaum   on behalf of Creditor Victoria  Bloom jerosenbaum@windstream.net
          Richard A. Baumgart   baumgart_trustee@dsb-law.com, rbaumgart@ecf.epiqsystems.com
          Sheldon Stein   on behalf of Creditor Victoria  Bloom ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
          Sheldon Stein   on behalf of Creditor Sheldon  Stein ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
          Sheldon Stein   on behalf of Creditor Peter M. Lora ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
          Stephen D. Hobt   on behalf of Debtor Dean Maynard Boland shobt@aol.com
                                                                                 TOTAL: 10

IT IS SO ORDERED.

Dated: 2 March, 2016 12:07 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES
NORTHERN I
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 16-10250 |
| DEAN MAYNARD BOLAND, | ) |
| | ) Chapter 7 |
| Debtor, | ) |
| | ) Judge Jessica Price-Smith |

### ORDER GRANTING MOTION OF DOV Y. FRANKEL FOR THE ENTRY OF AN ORDER AUTHORIZING PATRICK M. O'CONNOR TO APPEAR *PRO HAC VICE*

Upon the *Motion of Dov Y. Frankel for the Entry of an Order Authorizing Patrick M. O'Connor to Appear Pro Hac Vice* (the "Motion"), filed by counsel for John W. Forrest, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be, and it is hereby GRANTED, and that Patrick M. O'Connor of the O'Connor Law Firm is permitted to practice before this Court in the above-captioned matter.

###

Dated: February 12, 2016

Respectfully submitted,

*/s/ Dov Y. Frankel*
Dov Y. Frankel (0077562)
dfrankel@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Tel: (216) 241-2838
Fax: (216) 241-3707

Attorneys for John W. Forrest

15372834.1



## CERTIFICATE OF SERVICE

I certify that, on _____, 2016, copies of the foregoing document were served via the Court's CM/ECF system to the following parties listed on the Court's Electronic Mail Notice List:

Stephen D. Hobt, on behalf of the Debtor, at shobt@aol.com

Richard A. Baumgart, Chapter 7 Trustee, at baumgart_trustee@dsb-law.com

United States Trustee, on behalf of the United States Trustee at (Registered address)@usdoj.gov


/Clerk of the Court

2

15372834.1