Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 16−10250−jps**

**In re:**
Dean Maynard Boland
1440 Lewis Drive
Lakewood, OH 44107

**Social Security No.:**
xxx−xx−6488

## NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
April 12, 2016 @ 9:30 a.m.
in courtroom #2B
before the Honorable Judge Jessica E. Price Smith

To consider and act upon the following matters:

[15] Motion to Avoid Lien with Jane Doe and Jane Roe Pursuant to Section 522(f)(1)(A) of the Bankruptcy Code Filed by Debtor Dean Maynard Boland
and
[26] Memorandum in Opposition (filed by creditors Jane Doe and Jane Rowe, minors, by a guardian) Filed by Creditor Peter M. Lora.

All interested parties need to be present at hearing.

**Dated:** March 17, 2016
Form ohnb187

For the Court
Kenneth J. Hirz, Clerk