```
United States Bankruptcy Court
Northern District of Ohio
```

In re:                                                                Case No. 16-10250-jps
Dean Maynard Boland                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1         User: lsmit              Page 1 of 1              Date Rcvd: Mar 17, 2016
                             Form ID: 187             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2016.
```
db             +Dean Maynard Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
aty            +Martha D. Bolton,    2240 Belleair Road,    Suite 115,    Clearwater, fl 33764-2768
aty            +Patrick M. O'Connor,    O'Connor Law Firm,    2240 Belleair Road,    Suite 115,
                 Clearwater, fl 33764-2768
cr             +John W Forrest,    200 Public Square, Suite 3500,    Cleveland, Oh 44114-2317
cr             +Peter M. Lora,    c/o Sheldon Stein,    50 Public Square,    Cleveland, OH 44113-2202
cr             +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Ste. 400,    PO Box 5606,
                 Cleveland, OH 44101-0606
cr             +Victoria Bloom,    c/o Sheldon Stein,    50 Public Square,    #400,    Cleveland, OH 44113-2203
24126624       +Jane Doe,    c/o Peter Lora,    15717 Clifton Boulevard,    Lakewood, OH 44107-2446
24126633       +Jane Roe,    c/o Victoria Bloom,    10217 Unity Avenue,    Cleveland, OH 44111-1269
24170453       +Jonathan Rosenbaum,    230 Third Street, Ste. 101,    Elyria, OH 44035-5649
24126627       +Peter Lora,    17506 Neff Road,    Cleveland, OH 44119-1968
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2016 at the address(es) listed below:
```
          Dov   Frankel     on behalf of Attorney Martha D. Bolton dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Dov   Frankel     on behalf of Creditor John W Forrest dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Dov   Frankel     on behalf of Attorney Patrick M. O'Connor dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Jonathan E. Rosenbaum     on behalf of Creditor Peter M. Lora jerosenbaum@windstream.net
          Jonathan E. Rosenbaum     on behalf of Creditor Victoria  Bloom jerosenbaum@windstream.net
          Richard A. Baumgart    baumgart_trustee@dsb-law.com, rbaumgart@ecf.epiqsystems.com
          Sheldon   Stein    on behalf of Creditor Victoria  Bloom ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
          Sheldon   Stein    on behalf of Creditor Sheldon  Stein ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
          Sheldon   Stein    on behalf of Creditor Peter M. Lora ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
          Stephen D. Hobt    on behalf of Debtor Dean Maynard Boland shobt@aol.com
                                                                                             TOTAL: 10
```

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 16−10250−jps**

**In re:**
   Dean Maynard Boland
   1440 Lewis Drive
   Lakewood, OH 44107

**Social Security No.:**
   xxx−xx−6488

## NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
April 12, 2016 @ 9:30 a.m.
in courtroom #2B
before the Honorable Judge Jessica E. Price Smith

To consider and act upon the following matters:

   [15] Motion to Avoid Lien with Jane Doe and Jane Roe Pursuant to Section 522(f)(1)(A) of the Bankruptcy Code
   Filed by Debtor Dean Maynard Boland
   and
   [26] Memorandum in Opposition (filed by creditors Jane Doe and Jane Rowe, minors, by a guardian) Filed by
   Creditor Peter M. Lora.

   All interested parties need to be present at hearing.

**Dated:** March 17, 2016                                                                                                          For the Court
Form ohnb187                                                                                                                     Kenneth J. Hirz, Clerk