Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 16−10250−jps**

**In re:**
    Dean Maynard Boland
    1440 Lewis Drive
    Lakewood, OH 44107

**Social Security No.:**
    xxx−xx−6488

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
4/12/16 @ 9:30 a.m. H.M. Metzenbaum
Courtroom 2B − Judge Price Smith

To consider and act upon the following matters:

[22] Motion for Relief from Stay of John W. Forrest., [29] Objection

**Dated:** April 6, 2016                                   For the Court
Form ohnb187                                   Kenneth J. Hirz, Clerk