**IT IS SO ORDERED.**

Dated:  14 April, 2016 12:32 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 16-10250 |
| | ) | |
| **DEAN MAYNARD BOLAND,** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Jessica Price Smith |
| | ) | |
| **JOHN W. FORREST,** | ) | |
| | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| **DEAN MAYNARD BOLAND,** | ) | |
| | ) | |
| Respondent. | ) | |

**AGREED ORDER GRANTING MOTION OF JOHN W. FORREST
FOR RELIEF FROM STAY**

John W. Forrest ("Movant") and Dean Maynard Boland ("Debtor") enter into this

*Agreed Order Granting Motion of John W. Forrest for Relief from Stay* (the "Agreed

1

15965315.1

Order") to resolve the *Motion for Relief from Stay filed by John W. Forrest* (the "Motion"). Movant and Debtor (together, the "Parties") hereby agree as follows:

WHEREAS, on January 22, 2016 (the "Petition Date"), Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code;

WHEREAS, subsequent to the Petition Date, Movant filed his Motion seeking entry of an order conditioning, modifying or dissolving the automatic stay imposed by § 362 of the Bankruptcy Code to the extent necessary to permit Movant to prosecute litigation pending in the Second Judicial Circuit, Jefferson County, Florida, Case No. 14-000150-CA (the "Florida Litigation") for the limited purpose of removing Debtor from his position as Trustee of (i) the John W. Forrest Irrevocable Trust dated March 12, 2012 and (ii) the John W. Forrest Legal Fund Trust (collectively, the "Trusts");

WHEREAS, on March 25, 2016, the Debtor filed his objection to the Motion (the "Objection"); and

WHEREAS, the Parties have agreed to resolve the issues regarding the Motion and the Objection pursuant and subject to the terms set forth in this Agreed Order;

**IT IS HEREBY STIPULATED, ORDERED AND AGREED THAT:**

1.  The Objection is hereby WITHDRAWN.
2.  The Motion is hereby GRANTED in its entirety.
3.  The automatic stay imposed by § 362 of the Bankruptcy Code is hereby

modified and dissolved to the extent necessary to allow Movant to prosecute the Florida Litigation for the limited purpose of removing Debtor from his position as Trustee of the Trusts.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Agreed Order.

5. Movant reserves its right to seek further relief from this Court.

### 

SEEN AND AGREED:

/s/ Dov Y. Frankel
Dov Y. Frankel (#0077562)
dfrankel@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square
Suite 3500
Cleveland, Ohio 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

ATTORNEYS FOR MOVANT, JOHN W. FORREST

/s/ Stephen D. Hobt
Stephen D. Hobt(#0007681)
1370 Ontario Street, #450
Cleveland, Ohio 44113
Telephone: (216) 771-4949
Facsimile: (216) 771-5353
shobt@aol.com

ATTORNEYS FOR DEBTOR, DEAN MAYNARD BOLAND

3
15965315.1

16-10250-jps    Doc 33    FILED 04/14/16    ENTERED 04/14/16 13:40:21    Page 3 of 4

## **CERTIFICATE OF SERVICE**

I certify that, on April ___, 2016, copies of the foregoing document were served via the Court's CM/ECF system to the parties listed on the Court's Electronic Mail Notice List:

Stephen Hobt, Esq. on behalf of the Debtor, Dean Maynad Boland at shobt@aol.com

Richard Baumgart, Esq., Chapter 7 Trustee at baumgart_trustee@dsb-law.com

Sheldon Stein, Esq., on behalf of Victoria Bloom and Peter Lora, at ssteindocs@gmail.com

By regular U.S. mail, postage prepaid, to:

Dean Maynard Boland
1440 Lewis Drive
Lakewood, Ohio 44107

*Clerk*