In re:  Case No. 16-10250-jps
Dean Maynard Boland  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: mgaug     Page 1 of 1     Date Rcvd: Apr 14, 2016
                     Form ID: pdf701     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2016.
```
db            +Dean Maynard Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
aty           +Martha D. Bolton,    2240 Belleair Road,    Suite 115,    Clearwater, fl 33764-2768
aty           +Patrick M. O'Connor,    O'Connor Law Firm,    2240 Belleair Road,    Suite 115,
                Clearwater, fl 33764-2768
cr            +John W Forrest,    200 Public Square, Suite 3500,    Cleveland, Oh 44114-2317
cr            +Peter M. Lora,    c/o Sheldon Stein,    50 Public Square,    Cleveland, OH 44113-2202
cr            +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Ste. 400,    PO Box 5606,
                Cleveland, OH 44101-0606
cr            +Victoria Bloom,    c/o Sheldon Stein,    50 Public Square,    #400,    Cleveland, OH 44113-2203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2016                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2016 at the address(es) listed below:
```
              Dov Frankel    on behalf of Attorney Martha D. Bolton dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov Frankel    on behalf of Creditor John W Forrest dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov Frankel    on behalf of Attorney Patrick M. O'Connor dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Jonathan E. Rosenbaum    on behalf of Creditor Victoria  Bloom jerosenbaum@windstream.net
              Jonathan E. Rosenbaum    on behalf of Creditor Peter M. Lora jerosenbaum@windstream.net
              Richard A. Baumgart    baumgart_trustee@dsb-law.com, rbaumgart@ecf.epiqsystems.com
              Sheldon Stein    on behalf of Plaintiff Jane  Roe ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon Stein    on behalf of Creditor Victoria  Bloom ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon Stein    on behalf of Creditor Sheldon  Stein ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon Stein    on behalf of Creditor Peter M. Lora ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon Stein    on behalf of Plaintiff Jane  Doe ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Stephen D. Hobt    on behalf of Debtor Dean Maynard Boland shobt@aol.com
              Stephen D. Hobt    on behalf of Defendant Dean Maynard Boland shobt@aol.com
```
                     TOTAL: 13

IT IS SO ORDERED.

Dated:  14 April, 2016 12:32 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re | Case No. 16-10250 |
| **DEAN MAYNARD BOLAND,** | Chapter 7 |
| Debtor. | Judge Jessica Price Smith |
| **JOHN W. FORREST,** | |
| Movant | |
| v. | |
| **DEAN MAYNARD BOLAND,** | |
| Respondent. | |

**AGREED ORDER GRANTING MOTION OF JOHN W. FORREST
FOR RELIEF FROM STAY**

John W. Forrest ("Movant") and Dean Maynard Boland ("Debtor") enter into this

*Agreed Order Granting Motion of John W. Forrest for Relief from Stay* (the "Agreed

1

15965315.1

Order") to resolve the *Motion for Relief from Stay filed by John W. Forrest* (the "Motion"). Movant and Debtor (together, the "Parties") hereby agree as follows:

WHEREAS, on January 22, 2016 (the "Petition Date"), Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code;

WHEREAS, subsequent to the Petition Date, Movant filed his Motion seeking entry of an order conditioning, modifying or dissolving the automatic stay imposed by § 362 of the Bankruptcy Code to the extent necessary to permit Movant to prosecute litigation pending in the Second Judicial Circuit, Jefferson County, Florida, Case No. 14-000150-CA (the "Florida Litigation") for the limited purpose of removing Debtor from his position as Trustee of (i) the John W. Forrest Irrevocable Trust dated March 12, 2012 and (ii) the John W. Forrest Legal Fund Trust (collectively, the "Trusts");

WHEREAS, on March 25, 2016, the Debtor filed his objection to the Motion (the "Objection"); and

WHEREAS, the Parties have agreed to resolve the issues regarding the Motion and the Objection pursuant and subject to the terms set forth in this Agreed Order;

**IT IS HEREBY STIPULATED, ORDERED AND AGREED THAT:**

1. The Objection is hereby WITHDRAWN.

2. The Motion is hereby GRANTED in its entirety.

3. The automatic stay imposed by § 362 of the Bankruptcy Code is hereby

modified and dissolved to the extent necessary to allow Movant to prosecute the Florida Litigation for the limited purpose of removing Debtor from his position as Trustee of the Trusts.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Agreed Order.

5. Movant reserves its right to seek further relief from this Court.

###

SEEN AND AGREED:

*/s/ Dov Y. Frankel*
Dov Y. Frankel (#0077562)
dfrankel@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square
Suite 3500
Cleveland, Ohio 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

ATTORNEYS FOR MOVANT, JOHN W. FORREST

*/s/ Stephen D. Hobt*
Stephen D. Hobt(#0007681)
1370 Ontario Street, #450
Cleveland, Ohio 44113
Telephone: (216) 771-4949
Facsimile: (216) 771-5353
shobt@aol.com

ATTORNEYS FOR DEBTOR, DEAN MAYNARD BOLAND

3

15965315.1

## CERTIFICATE OF SERVICE

I certify that, on April ___, 2016, copies of the foregoing document were served via the Court's CM/ECF system to the parties listed on the Court's Electronic Mail Notice List:

Stephen Hobt, Esq. on behalf of the Debtor, Dean Maynad Boland at shobt@aol.com

Richard Baumgart, Esq., Chapter 7 Trustee at baumgart_trustee@dsb-law.com

Sheldon Stein, Esq., on behalf of Victoria Bloom and Peter Lora, at ssteindocs@gmail.com

By regular U.S. mail, postage prepaid, to:

Dean Maynard Boland
1440 Lewis Drive
Lakewood, Ohio 44107

*Clerk*