**IT IS SO ORDERED.**

**Dated: 6 May, 2016 11:56 AM**



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>**DEAN MAYNARD BOLAND,**<br><br>                        Debtor. | Case No. 16-10250<br><br>Chapter 7<br><br>Judge Jessica Price Smith |

**ORDER GRANTING JOINT MOTION SEEKING ENTRY OF AGREED ORDER
EXTENDING, THROUGH MAY 13, 2016, THE TIME FOR JOHN W. FORREST
TO FILE A COMPLAINT FOR NONDISCHARGEABILITY OF DEBT
PURSUANT TO SECTION 523(a) OF THE BANKRUPTCY CODE**

Upon consideration of the *Joint Motion of John W. Forrest and Dean Maynard Boland Seeking Entry of an Agreed Order Extending, Through May 13, 2016, the Time for Mr. Forrest to File a Complaint for Nondischargeability of Debt Pursuant to § 523(a) of the Bankruptcy Code* (the "Joint Motion"), the Court hereby finds as follows:

      1.      On January 22, 2016, Dean Maynard Boland ("Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code.

1

16072433.1

2. The current deadline for the filing of a complaint to have a debt excepted from discharge pursuant to § 523(a) of the Bankruptcy Code (a "Complaint") in the Debtor's chapter 7 case is April 29, 2016 (the "Deadline").

3. The parties have been engaged in substantive ongoing negotiations for the resolution of outstanding issues. However, completion of the process requires additional time.

4. The parties have requested that that the Deadline for Mr. Forrest to file a Complaint, be extended, through and including May 13, 2016 (the "Extension").

5. The requested Extension will not prejudice the interest of the Debtor, his estate or other parties in interest, and promotes the goals of judicial economy and efficiency.

6. Sufficient cause exists to grant the relief requested in the Joint Motion.

**IT IS HEREBY STIPULATED, ORDERED AND AGREED THAT:**

1. The Joint Motion is hereby GRANTED.

2. The Deadline for Mr. Forrest to file a Complaint is hereby extended, through and including May 13, 2016.

3. Nothing contained herein shall prejudice Mr. Forrest's right to seek further extension of the Deadline to file a Complaint if warranted by the facts of this case.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Agreed Order.

###

SEEN AND AGREED:

/s/ Dov Y. Frankel
Dov Y. Frankel (#0077562)
dfrankel@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square
Suite 3500
Cleveland, Ohio 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

ATTORNEYS FOR MOVANT, JOHN W. FORREST

/s/ Stephen D. Hobt
Stephen D. Hobt(#0007681)
1370 Ontario Street, #450
Cleveland, Ohio 44113
Telephone: (216) 771-4949
Facsimile: (216) 771-5353
shobt@aol.com

ATTORNEYS FOR DEBTOR, DEAN MAYNARD BOLAND

## CERTIFICATE OF SERVICE

I certify that, on April ___, 2016, copies of the foregoing document were served via the Court's CM/ECF system to the parties listed on the Court's Electronic Mail Notice List:

Stephen Hobt, Esq. on behalf of the Debtor, Dean Maynad Boland at shobt@aol.com

Richard Baumgart, Esq., Chapter 7 Trustee at baumgart_trustee@dsb-law.com

Sheldon Stein, Esq., on behalf of Victoria Bloom and Peter Lora, at ssteindocs@gmail.com

*Clerk*