In re:                                                              Case No. 16-10250-jps
Dean Maynard Boland                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: mgaug     Page 1 of 2     Date Rcvd: May 06, 2016
                       Form ID: pdf804    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2016.
```
db             +Dean Maynard Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
aty            +Martha D. Bolton,    2240 Belleair Road,    Suite 115,    Clearwater, fl 33764-2768
aty            +Patrick M. O'Connor,    O'Connor Law Firm,    2240 Belleair Road,    Suite 115,
                 Clearwater, fl 33764-2768
cr             +John W Forrest,    200 Public Square, Suite 3500,    Cleveland, Oh 44114-2317
cr             +Peter M. Lora,    c/o Sheldon Stein,    50 Public Square,    Cleveland, OH 44113-2202
cr             +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Ste. 400,    PO Box 5606,
                 Cleveland, OH 44101-0606
cr             +Victoria Bloom,    c/o Sheldon Stein,    50 Public Square,    #400,    Cleveland, OH 44113-2203
24126632       +Amanda Patterson,    1176 Columbia Purvis Road,    Columbia, MS 39429-7216
24126628       +Bernadette Marshall, Esq.,    Marshall Law Firm Ltd.,    1265 West 6th Street, Suite 400,
                 Cleveland, OH 44113-1347
24126621        Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
24126623        Charter One Bank,    One Citizens Drive,    Riverside, RI 02915-3000
24126622       +Charter One Bank,    P.O. Box 7000,    Providence, RI 02940-7000
24126624       +Jane Doe,    c/o Peter Lora,    15717 Clifton Boulevard,    Lakewood, OH 44107-2446
24126633       +Jane Roe,    c/o Victoria Bloom,    10217 Unity Avenue,    Cleveland, OH 44111-1269
24126626        John W. Forrest,    Inmate Number P47402,    Santa Rosa Correctional Facility,
                 5850 East Milton Road,    Milton, FL 32583-7914
24160805       +Jonathan E. Rosenbaum,    230 Third Street, Ste. 101,    Elyria, OH 44035-5649,    (440) 322-7972,
                 jerosenbaum@windstream.com
24126634       +Jonathan E. Rosenbaum, Esq.,    230 Third Street, Suite 101,    Elyria, OH 44035-5649
24170453       +Jonathan Rosenbaum,    230 Third Street, Ste. 101,    Elyria, OH 44035-5649
24126618       +Lisa A. Boland,    14604 Garfield Avenue,    Lakewood, OH 44107-5927
24126629       +Mattress Firm,    P.O. Box 14517,    Des Moines, IA 50306-3517
24126620       +Nichole Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
24126630       +Patrick M. O'Connor, Esq.,    O'Connor Law Firm,    2240 Belleair Road, Suite 115,
                 Clearwater, FL 33764-2768
24126627       +Peter Lora,    17506 Neff Road,    Cleveland, OH 44119-1968
24126635       +Robert A. Schuerger, Esq.,    81 South Fifth Street, Suite 400,    Columbus, OH 43215-4323
24160804       +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Ste. 400,    Cleveland, OH 44113-2203,
                 (216) 696-5329,    ssteindocs@gmail.com
24126636       +U.S. Bank Home Mortgage,    P.O. Box 21948,    Eagan, MN 55121-0948
24126637        WFNNB,    Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24126625        E-mail/Text: cashiering-administrationservices@flagstar.com May 06 2016 22:03:14
                 Flagstar Bank FSB,    5151 Corporate Drive,    Mail Stop E115-3,    Troy, MI 48098-2639
24126631        E-mail/Text: Bankruptcy.notices@tax.state.oh.us May 06 2016 22:03:16
                 Ohio Department of Taxation,    Attn: Bankruptcy Division,    P.O. Box 530,
                 Columbus, OH 43216-0530
                                                                                              TOTAL: 2
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
24126619*      +Lisa A. Boland,    14604 Garfield Avenue,    Lakewood, OH 44107-5927
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2016                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2016 at the address(es) listed below:

```
          Dov   Frankel    on behalf of Debtor Dean Maynard Boland dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Dov   Frankel    on behalf of Attorney Martha D. Bolton dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Dov   Frankel    on behalf of Creditor John W Forrest dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Dov   Frankel    on behalf of Attorney Patrick M. O'Connor dfrankel@taftlaw.com,
           BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
          Jonathan E. Rosenbaum    on behalf of Creditor Peter M. Lora jerosenbaum@windstream.net
          Jonathan E. Rosenbaum    on behalf of Creditor Victoria  Bloom jerosenbaum@windstream.net
          Richard A. Baumgart    baumgart_trustee@dsb-law.com,  rbaumgart@ecf.epiqsystems.com
          Sheldon   Stein    on behalf of Plaintiff Jane  Doe ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com
          Sheldon   Stein    on behalf of Plaintiff Jane  Roe ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com
          Sheldon   Stein    on behalf of Creditor Victoria  Bloom ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com
          Sheldon   Stein    on behalf of Creditor Sheldon  Stein ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com
          Sheldon   Stein    on behalf of Creditor Peter M. Lora ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com
          Stephen D. Hobt    on behalf of Creditor John W Forrest shobt@aol.com
          Stephen D. Hobt    on behalf of Debtor Dean Maynard Boland shobt@aol.com
          Stephen D. Hobt    on behalf of Defendant Dean Maynard Boland shobt@aol.com
                                                                                             TOTAL: 15
```

IT IS SO ORDERED.

Dated:  6 May, 2016 11:56 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re | Case No. 16-10250 |
| **DEAN MAYNARD BOLAND,** | Chapter 7 |
| Debtor. | Judge Jessica Price Smith |

**ORDER GRANTING JOINT MOTION SEEKING ENTRY OF AGREED ORDER
EXTENDING, THROUGH MAY 13, 2016, THE TIME FOR JOHN W. FORREST
TO FILE A COMPLAINT FOR NONDISCHARGEABILITY OF DEBT
PURSUANT TO SECTION 523(a) OF THE BANKRUPTCY CODE**

Upon consideration of the *Joint Motion of John W. Forrest and Dean Maynard Boland Seeking Entry of an Agreed Order Extending, Through May 13, 2016, the Time for Mr. Forrest to File a Complaint for Nondischargeability of Debt Pursuant to § 523(a) of the Bankruptcy Code* (the "Joint Motion"), the Court hereby finds as follows:

1. On January 22, 2016, Dean Maynard Boland ("Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code.

1

2. The current deadline for the filing of a complaint to have a debt excepted from discharge pursuant to § 523(a) of the Bankruptcy Code (a "Complaint") in the Debtor's chapter 7 case is April 29, 2016 (the "Deadline").

3. The parties have been engaged in substantive ongoing negotiations for the resolution of outstanding issues. However, completion of the process requires additional time.

4. The parties have requested that that the Deadline for Mr. Forrest to file a Complaint, be extended, through and including May 13, 2016 (the "Extension").

5. The requested Extension will not prejudice the interest of the Debtor, his estate or other parties in interest, and promotes the goals of judicial economy and efficiency.

6. Sufficient cause exists to grant the relief requested in the Joint Motion.

**IT IS HEREBY STIPULATED, ORDERED AND AGREED THAT:**

1. The Joint Motion is hereby GRANTED.

2. The Deadline for Mr. Forrest to file a Complaint is hereby extended, through and including May 13, 2016.

3. Nothing contained herein shall prejudice Mr. Forrest's right to seek further extension of the Deadline to file a Complaint if warranted by the facts of this case.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Agreed Order.

###

SEEN AND AGREED:

/s/ Dov Y. Frankel
Dov Y. Frankel (#0077562)
dfrankel@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square
Suite 3500
Cleveland, Ohio 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

ATTORNEYS FOR MOVANT, JOHN W. FORREST

/s/ Stephen D. Hobt
Stephen D. Hobt (#0007681)
1370 Ontario Street, #450
Cleveland, Ohio 44113
Telephone: (216) 771-4949
Facsimile: (216) 771-5353
shobt@aol.com

ATTORNEYS FOR DEBTOR, DEAN MAYNARD BOLAND

## CERTIFICATE OF SERVICE

I certify that, on April ___, 2016, copies of the foregoing document were served via the Court's CM/ECF system to the parties listed on the Court's Electronic Mail Notice List:

Stephen Hobt, Esq. on behalf of the Debtor, Dean Maynad Boland at shobt@aol.com

Richard Baumgart, Esq., Chapter 7 Trustee at baumgart_trustee@dsb-law.com

Sheldon Stein, Esq., on behalf of Victoria Bloom and Peter Lora, at ssteindocs@gmail.com

*Clerk*

4

16072433.1