IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                    CASE NO.  16-10250

DEAN MAYNARD BOLAND                       CHAPTER 7

                                          JUDGE JESSICA E. PRICE SMITH

        DEBTOR(S)                         NOTICE OF APPEARANCE
                                          AND REQUEST FOR NOTICES

_____

        Comes now Nicholas E. O'Bryan and enters his appearance as counsel for Creditor, U.S.

Bank National Association, in the above referenced case.  Please send any and all notices issued

in this case to the undersigned at the address below.


                                Respectfully submitted,

                                /s/ Nicholas E. O'Bryan
                                Nicholas E. O'Bryan (0082711)
                                LAURITO & LAURITO, LLC
                                7500 Paragon Road
                                Dayton, OH 45459
                                937-743-4878
                                FAX:  937-743-4877
                                nobryan@lauritolaw.com
                                Attorney for Secured Creditor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded by either ECF Noticing or Regular U. S. Mail this 13th day of May, 2016, to:

Dov Frankel, Debtor's Attorney, at dfrankel@taftlaw.com

Richard A. Baumgart, Trustee, at baumgart_trustee@dsb-law.com

United States Trustee's Office, at (Registered address)@usdoj.gov

And by regular mail, postage prepaid, on:

Dean Maynard Boland, Debtor, 1440 Lewis Drive, Lakewood, OH 44107

LAURITO & LAURITO, L.L.C.

/s/ Nicholas E. O'Bryan
Nicholas E. O'Bryan (0082711)
7550 Paragon Road
Dayton, OH  45459
(937) 743-4878
nobryan@lauritolaw.com