# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| In re | IN PROCEEDINGS UNDER CHAPTER 7 |
| **Dean Maynard Boland** | Case No. 16-10250 |
| | Judge: JESSICA E. PRICE SMITH |
| **Debtor** | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

Pursuant to Rules 2002 and 9010 of the Bankruptcy Rules, Christopher P. Kennedy of the law firm of CARLISLE, McNELLIE, RINI, KRAMER & ULRICH, CO., L.P.A., hereby enters his appearance on behalf of Matrix Financial Services Corporation and requests that all notices and other papers given or required to be served in this case and be given to and served upon the following person at the email address set forth below:

Christopher P. Kennedy
Attorney at Law
CARLISLE, McNELLIE, RINI, KRAMER & ULRICH CO., L.P.A.
bankruptcy@carlisle-law.com

Respectfully submitted,

*/s/ Christopher P. Kennedy*
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
By: Phyllis A. Ulrich (0055291)
    Christopher P. Kennedy (0074648)
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690
216-360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for:
Matrix Financial Services Corporation

## CERTIFICATE OF SERVICE

I certify that on May 16, 2016, a true and correct copy of Matrix Financial Services Corporation 's Notice of Appearance and Request for Service was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Dov Frankel, on behalf of Dean Maynard Boland, Debtor, at dfrankel@taftlaw.com

    Stephen D. Hobt, on behalf of, Dean Maynard Boland, at shobt@aol.com

    Richard A. Baumgart, on behalf of the Chapter 7 Trustee's office at baumgart_trustee@dsb-law.com

    Office of the United States Trustee, at (registered address)@usdoj.gov

    S. Stein Company LLC, c/o Sheldon Stein, on behalf of, Victoria Bloom, at ssteindocs@gmail.com

    S. Stein Company LLC, c/o Sheldon Stein, on behalf of, Peter Lora, at ssteindocs@gmail.com

    Laurito & Laurito, LLC, c/o Nicholas E. O'Bryan, on behalf of, U.S. Bank National Association, at nobryan@lauritolaw.com

And by regular U.S. Mail, postage paid, on:

    Dean Maynard Boland, Debtor, at 1440 Lewis Drive, Lakewood, OH 44107

                                      */s/ Christopher P. Kennedy*
                                      Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
                                      By: Phyllis A. Ulrich
                                            Christopher P. Kennedy