UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10250 |
| | ) | |
| Dean Maynard Boland | ) | Chapter 7 |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| Debtor. | ) | |
| | ) | <u>U.S. BANK NATIONAL ASSOCIATION'S RELIEF FROM STAY AND ABANDONMENT WORKSHEET</u> |

I. LOAN DATA

    A. IDENTIFICATION OF COLLATERAL (check all that apply):

        X    Real Estate: 2070 Brown Road, Lakewood, OH 44107
            ☐    Principal Residence of Debtor(s)
        X    Other

        ☐    Personal Property <- DESCRIPTION (Include ID or VIN number, as applicable)>

        ☐    Other Property <- DESCRIPTION>

    B. **2015** VALUE OF COLLATERAL: $111,400.00

    C. SOURCE OF COLLATERAL VALUATION: Cuyahoga County Auditor

    D. ORIGINAL LENDER: Assured Mortgage Corporation

    E. ENTITY ENTITLED TO ENFORCE THE NOTE: U.S. Bank National Association

    F. CURRENT LOAN SERVICER: U.S. Bank National Association

    G. DATE OF LOAN: 11/21/1997

    H. ORIGINAL PRINCIPAL AMOUNT DUE UNDER NOTE: $98,550.00

    I. ORIGINAL INTEREST RATE ON NOTE: 5.950 %

J.  CURRENT INTEREST RATE:  5.950%

K.  ORIGINAL MONTHLY PAYMENT AMOUNT
(principal and interest only for mortgage loans): $587.70

L.  CURRENT MONTHLY PAYMENT AMOUNT: $1,065.20

M.  THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

☐ Includes an escrow amount of $<AMOUNT> for real estate taxes.
☐ Includes an escrow amount of $<AMOUNT> for property insurance.
X Includes an escrow amount of $477.50 for taxes and insurance..
☐ Does not include any escrow amount.

N.  DATE LAST PAYMENT RECEIVED: 03/11/2016

O.  AMOUNT OF LAST PAYMENT RECEIVED: $1,065.20

P.  AMOUNT HELD IN SUSPENSE ACCOUNT: $0.00

Q.  NUMBER OF PAYMENTS PAST DUE: 3

II. AMOUNT ALLEGED TO BE DUE AS OF **May 13, 2016**

|     | Description of Charge | Total Amount of Charges | Number of Charges Incurred | Dates Charges Incurred |
|-----|----------------------|-------------------------|----------------------------|------------------------|
| A.  | PRINCIPAL | $42,092.34 | | |
| B.  | INTEREST | $699.89 | | |
| C.  | TAXES (**Advance: Includes Taxes & Insurance**) | ($1,839.70) | | |
| D.  | INSURANCE (**MIP**) | $0.00 | | |
| E.  | LATE FEES | $0.00 | N/A | N/A |
| F.  | NON-SUFFICIENT FUNDS FEES | $0.00 | N/A | N/A |
| G.  | PAY-BY-PHONE FEES | $0.00 | N/A | N/A |

| H. | BROKER PRICE OPINIONS | $0.00 | N/A | N/A |
|---|---|---|---|---|
| I. | FORCE-PLACED INSURANCE | $0.00 | N/A | N/A |
| J. | PROPERTY INSPECTIONS | $0.00 | N/A | N/A |
| K. | OTHER CHARGES (describe in detail and state contractual basis for recovering the amount from the debtor) | $0.00 | N/A | N/A |

TOTAL DEBT: $40,952.53

LESS AMOUNT HELD IN SUSPENSE: $0.00

TOTAL DUE AS OF **May 13, 2016**: $40,952.53 *
* This total cannot be relied upon as a payoff quotation.

This Worksheet was prepared by:


LAURITO & LAURITO, L.L.C.


/s/ Nicholas E. O'Bryan
Nicholas E. O'Bryan (0082711)
Attorney for Movant
7550 Paragon Road
Dayton, OH 45459
Telephone (937) 743-4878
Fax          (937) 743-4877
no'bryan@lauritolaw.com