UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Case No. 16-10250
)
Dean Maynard Boland ) Chapter 7
)
) Judge Jessica E. Price Smith
Debtor(s). )

PROPERTY ADDRESS:
2070 Brown Road, Lakewood, OH 44107

NOTICE OF MOTION
FOR RELIEF FROM STAY AND TRUSTEE ABANDONMENT

U.S. Bank National Association filed papers with the Court requesting Relief from Stay.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one).

If you do not want the Court to grant the motion requested, or you want the Court to consider your views on the Motion, then **on or before June 22, 2016**, you or your attorney must:

File with the Court a written response at:

U S Bankruptcy Court
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland OH 44114

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Nicholas E. O'Bryan
7550 Paragon Road
Dayton, OH 45459
Attorney for Movant

**Continued on next page**

| | |
|---|---|
| Dov Frankel<br>Taft Stettinius & Hollister LLP<br>200 Public Square<br>Suite 3500<br>Cleveland, OH 44114<br>Attorney for Debtor<br>Trustee | Richard A. Baumgart<br>Ohio Savings Bank<br>1801 East 9th Street<br>#1100<br>Cleveland, OH 44114-3169 |
| Office of the U.S. Trustee<br>Howard Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, Ohio 44114 | Lisa A. Boland<br>14604 Garfield Avenue<br>Lakewood, OH 44107<br>Interested Party |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Date: May 27, 2016

/s/ Nicholas E. O'Bryan
Nicholas E. O'Bryan (0082711)
Attorney for Movant
7550 Paragon Road
Dayton, OH 45459
Telephone (937) 743-4878
Fax     (937) 743-4877
no'bryan@lauritolaw.com

CERTIFICATE OF SERVICE

I certify that on May 27, 2016, a true and correct copy of the Notice of Trustee Abandonment was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

> Dov Frankel, on behalf of Debtor, at dfrankel@taftlaw.com
> United States Trustee's Office, at (Registered address)@usdoj.gov
> Richard A. Baumgart, Trustee, at baumgart_trustee@dsb-law.com

And by regular U.S. mail, postage prepaid, on:

> Dean Maynard Boland, Debtor, at 1440 Lewis Drive, Lakewood, OH 44107
> Lisa A. Boland, Interested Party, at 14604 Garfield Avenue, Lakewood, OH 44107

LAURITO & LAURITO LLC

/s/ Nicholas E. O'Bryan
Nicholas E. O'Bryan (0082711)