IT IS SO ORDERED.

Dated: 30 June, 2016 08:12 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10250 |
| | ) | |
| Dean Maynard Boland | ) | Chapter 7 |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| Debtor. | ) | |
| | ) | ORDER GRANTING MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM STAY AND ABANDONMENT DOCKET NO. 45 |
| | ) | |
| | ) | ADDRESS OF REAL PROPERTY: |
| | ) | 2070 Brown Road, Lakewood, OH 44107 |
| | ) | |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank National Association ("Movant"). (Docket No. 45). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons,

it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property LOCATED AT 2070 Brown Road, Lakewood, OH 44107.

###

SUBMITTED BY:

LAURITO & LAURITO, L.L.C.

/s/ Nicholas E. O'Bryan
Nicholas E. O'Bryan (0082711)
Attorney for Movant
7550 Paragon Road
Dayton, OH 45459
937/743-4878 (telephone)
937/743-4877 (facsimile)
www.lauritoandlaurito.com
no'bryan@lauritolaw.com

**COPIES TO:**

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    Dov Frankel, on behalf of Debtor, at dfrankel@taftlaw.com
    United States Trustee's Office, at (Registered address)@usdoj.gov
    Richard A. Baumgart, Trustee, at baumgart_trustee@dsb-law.com
    Nicholas O'Bryan, on behalf of Movant, at bk-notices@lauritolaw.com.

And by regular U.S. mail, postage prepaid, on:

    Dean Maynard Boland, Debtor, at 1440 Lewis Drive, Lakewood, OH 44107
    Lisa A. Boland, Interested Party, at 14604 Garfield Avenue, Lakewood, OH 44107