```
United States Bankruptcy Court
Northern District of Ohio
```

In re:                                                                    Case No. 16-10250-jps
Dean Maynard Boland                                                       Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: mgaug     Page 1 of 1     Date Rcvd: Jun 30, 2016
                         Form ID: pdf853     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2016.
```
db         +Dean Maynard Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
aty        +Martha D. Bolton,    2240 Belleair Road,   Suite 115,    Clearwater, fl 33764-2768
aty        +Patrick M. O'Connor,    O'Connor Law Firm,    2240 Belleair Road,    Suite 115,
             Clearwater, fl 33764-2768
cr         +John W Forrest,    200 Public Square, Suite 3500,    Cleveland, Oh 44114-2317
cr         +Peter M. Lora,    c/o Sheldon Stein,    50 Public Square,    Cleveland, OH 44113-2202
cr         +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Ste. 400,    PO Box 5606,
             Cleveland, OH 44101-0606
cr         +Victoria Bloom,    c/o Sheldon Stein,    50 Public Square,    #400,    Cleveland, OH 44113-2203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Matrix Financial Services Corp
cr              U.S. Bank National Association
                                                                                             TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2016                                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2016 at the address(es) listed below:
```
              Christopher P. Kennedy    on behalf of Creditor    Matrix Financial Services Corp
               bankruptcy@carlisle-law.com
              Dov  Frankel    on behalf of Debtor Dean Maynard Boland dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov  Frankel    on behalf of Attorney Martha D. Bolton dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov  Frankel    on behalf of Creditor John W Forrest dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov  Frankel    on behalf of Attorney Patrick M. O'Connor dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Jonathan E. Rosenbaum    on behalf of Creditor Peter M. Lora jerosenbaum@windstream.net
              Jonathan E. Rosenbaum    on behalf of Plaintiff Jane  Doe jerosenbaum@windstream.net
              Jonathan E. Rosenbaum    on behalf of Plaintiff Jane  Roe jerosenbaum@windstream.net
              Jonathan E. Rosenbaum    on behalf of Creditor Victoria  Bloom jerosenbaum@windstream.net
              Nicholas E. O'Bryan    on behalf of Creditor    U.S. Bank National Association
               bk-notices@lauritolaw.com
              Richard A. Baumgart    baumgart_trustee@dsb-law.com, rbaumgart@ecf.epiqsystems.com
              Sheldon  Stein    on behalf of Creditor Victoria  Bloom ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon  Stein    on behalf of Plaintiff Jane  Doe ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon  Stein    on behalf of Plaintiff Jane  Roe ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon  Stein    on behalf of Creditor Sheldon  Stein ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon  Stein    on behalf of Creditor Peter M. Lora ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Stephen D. Hobt    on behalf of Creditor John W Forrest shobt@aol.com
              Stephen D. Hobt    on behalf of Debtor Dean Maynard Boland shobt@aol.com
              Stephen D. Hobt    on behalf of Defendant Dean Maynard Boland shobt@aol.com
                                                                                              TOTAL: 19
```

IT IS SO ORDERED.

Dated: 30 June, 2016 08:12 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10250 |
| | ) | |
| Dean Maynard Boland | ) | Chapter 7 |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| Debtor. | ) | |
| | ) | ORDER GRANTING MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM STAY AND ABANDONMENT DOCKET NO. 45 |
| | ) | |
| | ) | ADDRESS OF REAL PROPERTY: 2070 Brown Road, Lakewood, OH 44107 |
| | ) | |

    This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank National Association ("Movant"). (Docket No. 45). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons,

it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property LOCATED AT 2070 Brown Road, Lakewood, OH 44107.

###

SUBMITTED BY:

LAURITO & LAURITO, L.L.C.

/s/ Nicholas E. O'Bryan
Nicholas E. O'Bryan (0082711)
Attorney for Movant
7550 Paragon Road
Dayton, OH 45459
937/743-4878 (telephone)
937/743-4877 (facsimile)
www.lauritoandlaurito.com
no'bryan@lauritolaw.com

**COPIES TO:**

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Dov Frankel, on behalf of Debtor, at dfrankel@taftlaw.com
United States Trustee's Office, at (Registered address)@usdoj.gov
Richard A. Baumgart, Trustee, at baumgart_trustee@dsb-law.com
Nicholas O'Bryan, on behalf of Movant, at bk-notices@lauritolaw.com.

And by regular U.S. mail, postage prepaid, on:

Dean Maynard Boland, Debtor, at 1440 Lewis Drive, Lakewood, OH 44107
Lisa A. Boland, Interested Party, at 14604 Garfield Avenue, Lakewood, OH 44107