# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | <u>IN PROCEEDINGS UNDER CHAPTER 7</u> |
| | ) | |
| DEAN MAYNARD BOLAND, | ) | CASE NO. 16-10250-jps |
| | ) | |
| Debtor | ) | U.S. BANKRUPTCY JUDGE |
| | ) | JESSICA E. PRICE SMITH |

### <u>NOTICE OF MOTION OF DEBTOR, DEAN MAYNARD BOLAND,</u>
### <u>FOR ABANDONMENT OF REAL PROPERTY</u>
### <u>(Real Property located at 1440 Lewis Drive, Lakewood, Ohio)</u>

**TO:** **PARTIES IN INTEREST:**

The Debtor, Dean Maynard Boland, has filed papers with the Court seeking an Order upon the Chapter 7 Trustee, to abandon certain real property.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then, **on or before August 25, 2016**, you or your attorney must:

File with the Court a written objection or response to the Motion, explaining your position, at:

>Clerk of Court
>United States Bankruptcy Court
>Howard M. Metzenbaum U.S. Courthouse
>201 Superior Avenue, N.E.
>Cleveland, Ohio   44114

If you mail your objection or response to the Court for filing, you must mail it early

enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:

>Stephen D. Hobt, Esq.
>55 Public Square, Suite 1055
>Cleveland, Ohio 44113-1901

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief.

Date: August 10, 2016.

/s/ Stephen D. Hobt
_____
STEPHEN D. HOBT
(Ohio Bar Registration No. 0007681)
Attorney for Debtor
55 Public Square, Suite 1055
Cleveland, Ohio 44113-1901
(216) 771-4949
(216) 771-5353 (facsimile)
Email address: shobt@aol.com

## SERVICE

I certify that, on August 10, 2016, a true and correct copy of the foregoing Notice of Motion of Debtor, Dean Maynard Boland, for Abandonment of Real Property was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Richard A. Baumgart, Esq., Chapter 7 Trustee, at baumgart_trustee@dsb-law.com.
- Dov Frankel, Esq., on behalf of John W. Forrest, at dfrankel@taftlaw.com.
- Christopher P. Kennedy, Esq., on behalf of Matrix Financial Services Corp., at bankruptcy@carlisle-law.com.
- Nicholas E. O'Bryan, Esq., on behalf of U.S. Bank National Association, at bk-notices@lauritolaw.com.
- Jonathan E. Rosenbaum, Esq., on behalf of Peter M. Lora and Victoria Bloom, at jerosenbaum@windstream.net.
- Sheldon Stein, Esq., on behalf of Peter M. Lora and Victoria Bloom, at ssteindocs@gmail.com.

And by regular U.S. mail, postage prepaid, on:

| | |
|---|---|
| Dean Maynard Boland<br>1440 Lewis Drive<br>Lakewood, Ohio   44107 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Ohio   43216 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 10, 2016.

/s/ Stephen D. Hobt
_____
STEPHEN D. HOBT
Attorney for Debtor