IT IS SO ORDERED.

Dated:  8 September, 2016 01:39 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| DEAN MAYNARD BOLAND, | ) | CASE NO. 16-10250-jps |
| | ) | |
| Debtor | ) | U.S. BANKRUPTCY JUDGE |
| | ) | JESSICA E. PRICE SMITH |

## ORDER GRANTING MOTION OF DEBTOR
## FOR ABANDONMENT OF REAL PROPERTY

This matter came before the Court on the Motion for Abandonment (the Motion) filed by the Debtor, Dean Maynard Boland (Movant).

Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date of the Motion.  No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee is authorized and directed to abandon the real property located 1440 Lewis Drive, Lakewood, Ohio, being permanent parcel number 315-04-048.

###

Submitted by:


/s/ Stephen D. Hobt
_____
STEPHEN D. HOBT
(Ohio Bar Registration No. 0007681)
Attorney for Debtor
55 Public Square, Suite 1055
Cleveland, Ohio  44113-1901
(216) 771-4949
(216) 771-5353 (facsimile)
Email address: shobt@aol.com

## SERVICE LIST

| | |
|---|---|
| Dean Maynard Boland<br>1440 Lewis Drive<br>Lakewood, Ohio   44107 | Dov Frankel, Esq.<br><br>Christopher P. Kennedy, Esq. |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Ohio   43216 | Nicholas E. O'Bryan, Esq.<br><br>Jonathan E. Rosenbaum, Esq.<br><br>Sheldon Stein, Esq. |
| Richard A. Baumgart, Esq. | Stephen D. Hobt, Esq. |