```
                          United States Bankruptcy Court
                           Northern District of Ohio
```

In re:                                                              Case No. 16-10250-jps
Dean Maynard Boland                                                 Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0647-1           User: mgaug              Page 1 of 2             Date Rcvd: Sep 08, 2016
                               Form ID: pdf758          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db             +Dean Maynard Boland,    1440 Lewis Drive,    Lakewood, OH 44107-4826
aty            +Martha D. Bolton,    2240 Belleair Road,    Suite 115,    Clearwater, fl 33764-2768
aty            +Patrick M. O'Connor,    O'Connor Law Firm,    2240 Belleair Road,    Suite 115,
                 Clearwater, fl 33764-2768
cr             +John W Forrest,    200 Public Square, Suite 3500,    Cleveland, Oh 44114-2317
cr             +Peter M. Lora,    c/o Sheldon Stein,    50 Public Square,    Cleveland, OH 44113-2202
cr             +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Ste. 400,    PO Box 5606,
                 Cleveland, OH 44101-0606
cr             +Victoria Bloom,    c/o Sheldon Stein,    50 Public Square,    #400,   Cleveland, OH 44113-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24126631        E-mail/Text: Bankruptcy.notices@tax.state.oh.us Sep 08 2016 22:40:16
                 Ohio Department of Taxation,    Attn: Bankruptcy Division,    P.O. Box 530,
                 Columbus, OH 43216-0530
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Matrix Financial Services Corp
cr              U.S. Bank National Association
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
              Christopher P. Kennedy    on behalf of Creditor    Matrix Financial Services Corp
               bankruptcy@carlisle-law.com
              Dov Frankel    on behalf of Debtor Dean Maynard Boland dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov Frankel    on behalf of Attorney Martha D. Bolton dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov Frankel    on behalf of Creditor John W Forrest dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Dov Frankel    on behalf of Attorney Patrick M. O'Connor dfrankel@taftlaw.com,
               BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
              Jonathan E. Rosenbaum    on behalf of Creditor Peter M. Lora jerosenbaum@windstream.net
              Jonathan E. Rosenbaum    on behalf of Plaintiff Jane  Doe jerosenbaum@windstream.net
              Jonathan E. Rosenbaum    on behalf of Plaintiff Jane  Roe jerosenbaum@windstream.net
              Jonathan E. Rosenbaum    on behalf of Creditor Victoria  Bloom jerosenbaum@windstream.net
              Nicholas E. O'Bryan    on behalf of Creditor    U.S. Bank National Association
               bk-notices@lauritolaw.com
              Richard A. Baumgart    baumgart_trustee@dsb-law.com, rbaumgart@ecf.epiqsystems.com
              Sheldon Stein    on behalf of Creditor Victoria  Bloom ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon Stein    on behalf of Plaintiff Jane  Doe ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon Stein    on behalf of Plaintiff Jane  Roe ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon Stein    on behalf of Creditor Sheldon  Stein ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Sheldon Stein    on behalf of Creditor Peter M. Lora ssteindocs@gmail.com,
               kristine@ex100.com;sheldon@steintrustee.com
              Stephen D. Hobt    on behalf of Creditor John W Forrest shobt@aol.com
              Stephen D. Hobt    on behalf of Debtor Dean Maynard Boland shobt@aol.com

District/off: 0647-1    User: mgaug    Page 2 of 2    Date Rcvd: Sep 08, 2016
                        Form ID: pdf758    Total Noticed: 8

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Stephen D. Hobt    on behalf of Defendant Dean Maynard Boland shobt@aol.com

TOTAL: 19

**IT IS SO ORDERED.**

Dated: 8 September, 2016 01:39 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| DEAN MAYNARD BOLAND, | ) | CASE NO. 16-10250-jps |
| | ) | |
| Debtor | ) | U.S. BANKRUPTCY JUDGE |
| | ) | JESSICA E. PRICE SMITH |

### ORDER GRANTING MOTION OF DEBTOR
### FOR ABANDONMENT OF REAL PROPERTY

This matter came before the Court on the Motion for Abandonment (the Motion) filed by the Debtor, Dean Maynard Boland (Movant).

Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee is authorized and directed to abandon the real property located 1440 Lewis Drive, Lakewood, Ohio, being permanent parcel number 315-04-048.

###

Submitted by:

/s/ Stephen D. Hobt
_____
STEPHEN D. HOBT
(Ohio Bar Registration No. 0007681)
Attorney for Debtor
55 Public Square, Suite 1055
Cleveland, Ohio  44113-1901
(216) 771-4949
(216) 771-5353 (facsimile)
Email address: shobt@aol.com

## SERVICE LIST

Dean Maynard Boland
1440 Lewis Drive
Lakewood, Ohio  44107

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, Ohio  43216

Richard A. Baumgart, Esq.

Dov Frankel, Esq.

Christopher P. Kennedy, Esq.

Nicholas E. O'Bryan, Esq.

Jonathan E. Rosenbaum, Esq.

Sheldon Stein, Esq.

Stephen D. Hobt, Esq.